# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SKY BARRETT, Individually and
on Behalf of All Others Similarly
Situated                                                    PLAINTIFF

v.                          No. 3:18-cv-167-DPM

NESTLE USA, INC.; and NESTLE
PREPARED FOODS COMPANY                                      DEFENDANTS

## ORDER

The parties' joint motion, № 3, is granted as modified. The case is stayed and the statute of limitations is tolled pending further order. Because this is a FLSA case the Court must approve any settlement. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Please file a joint status report by 29 October 2018.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2018