# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SKY BARRETT, Individually and
on Behalf of All Others Similarly
Situated                                                                         PLAINTIFF

v.                           No. 3:18-cv-167-DPM

NESTLE USA, INC.; and NESTLE
PREPARED FOODS COMPANY                                          DEFENDANTS

## ORDER

**1.** The Court held a fairness hearing on 8 July 2019. No objections to the proposed settlement have been filed. No objector appeared at the hearing. There are eight hundred fifty-eight potential claimants. The parties gave all the required notice, and provided all the approved forms, to class members. The parties supplemented the record: one hundred seventy two claims were made; they total $5,465.53 of the $26,500 settlement fund; and a total of approximately $14,000 in attorney's fees and expenses have been incurred on behalf of the group/class.

**2.** The Court approves the proposed settlement and grants the joint motion for final approval. The agreement is fair, reasonable, and adequate, as required by Rule 23(e). In reaching this conclusion, the Court has considered the strength of the plaintiffs' case, the defendants' financial condition, the complexity of further litigation, and the amount

of opposition to the settlement. *Keil v. Lopez*, 862 F.3d 685, 693–98 (8th Cir. 2017); *Van Horn v. Trickey*, 840 F.2d 604, 607 (8th Cir. 1988). The Court hoped for more claims. But the payment amounts were so modest, № 17-1 at 29–51, that the 20% claim rate is understandable. The attorney's fees are reasonable given the work done, local hourly rates, and results achieved. *Petrovic v. Amoco Oil Company*, 200 F.3d 1140, 1157 (8th Cir. 1999).

3. The stay is lifted. The Court authorizes the parties to take all necessary steps to consummate the settlement. The original motion for approval, № 12, is denied as moot. The superseding joint motion, № 19, is granted. The Court will dismiss this case with prejudice, while retaining jurisdiction to enforce the parties' settlement during the next several months. Joint report on disbursements due by 6 September 2019.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019