IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SKY BARRETT, Individually and
on Behalf of All Others Similarly
Situated                                                              PLAINTIFF

v.                         No. 3:18-cv-167-DPM

NESTLE USA, INC.; and NESTLE
PREPARED FOODS COMPANY                                     DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 31 March 2020 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019